# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN DELAMATER,** | : | |
| Plaintiff | : | **CIVIL ACTION NO. 3:14-0008** |
| v. | : | **(MANNION, D.J.)** |
| **NORGREN KLOEHN, INC. and,** **KLOEHN, INC.** | : | |
| | : | |
| **Defendants** | | |

## ORDER

For the reasons noted in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) The plaintiff's motion to remand, (Doc. No. 7), is **GRANTED**;

(2) The defendants' motion to compel arbitration, (Doc. No. 8), is **DISMISSED WITHOUT PREJUDICE** to re-filing in state court;

(3) The case is **REMANDED** to the Pennsylvania Court of Common Pleas for Luzerne County;

(4) The clerk is **ORDERED** to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: February 21, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0008-01-ORDER.wpd